**Order entered April 24, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01393-CR

### CAVIN ONEAL SWINEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F18-40339-H**

### ORDER

Before the Court is appellant's April 23, 2020 fourth motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before May 22, 2020.

/s/    CORY L. CARLYLE
       JUSTICE